UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMY HARRINGTON,
        Plaintiff,

                   Civil Action No.: 1:09-cv-00823-NAM-RFT

v.

NATIONAL CREDIT WORKS, INC,
WILLIAM TURNER, JOHN DOE 1,
JOHN DOE 2, JANE DOE 1
AND JANE DOE 2,
        Defendants.
-----------------------------------------------------------X

TO: HON. NORMAN A. MORDUE,
    UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF STATUS**

    Plaintiff AMY HARRINGTON (hereinafter the "Plaintiff" or "Harrington") files this certificate of status regarding her action against defendants NATIONAL CREDIT WORKS, INC (hereinafter, "NCW" of "National Credit Works"), WILLIAM TURNER, JOHN DOE 1, JOHN DOE 2, JANE DOE 1 and JANE DOE 2 (hereinafter, the "Individual Defendants"; together with NCW, hereinafter, "Defendants"), for their violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (the "Fair Debt Collection Practices Act" or the "FDCPA"), and New York General Business Law 349 § a (the "GBL"), and states, through her undersigned counsel, as follows:

### **Status Report**

    1.  The Defendants in this civil action were finally served after months of attempted service, but consistent and regular avoidance of service by the Defendants, on November 18, 2009.

1

2

     2.     The parties have entered into settlement discussions, and will advise the Court by the end of this week if the parties will be settling this matter.

Dated: New York, New York
       December 6, 2009

                              Respectfully submitted,

                              SERPE & ASSOCIATES, P.C.
                              Attorneys for the Plaintiff

                              /s/ Sean C. Serpe
                              Sean C. Serpe, Esq.
                              450 Seventh Avenue
                              Suite 2601
                              New York, New York 10123
                              (212) 725-3600