UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMY HARRINGTON,
                              Plaintiff,

                                                        Civil Action No.: 1:09-cv-00823-NAM-RFT
v.

NATIONAL CREDIT WORKS, INC,
WILLIAM TURNER, JOHN DOE 1,
JOHN DOE 2, JANE DOE 1
AND JANE DOE 2,
                              Defendants.
-----------------------------------------------------------X

**MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55 AND LOCAL RULE 55.2 OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

        Amy Harrington, the plaintiff in the above-captioned litigation, hereby moves that judgment be entered against National Credit Works, the defendant herein (hereinafter referred to as the Defendant").

        In support of this motion, Plaintiff attaches the following documents as per Federal Rule of Civil Procedure 55 and Local Rule 55.2 of the United States District Court for the Northern District of New York:

        1.        The Form of Judgment as Exhibit A.

        2.        A Statement showing the principal amount due as Exhibit B.

        3.        The Clerk's Certificate of Entry of Default as Exhibit C.

        4.        The affidavit of Plaintiff's counsel in support of the default judgment as Exhibit D.

        5.        On July 21, 2009, the Plaintiff filed the above-referenced action against the defendant's herein. The allegations and claims in Plaintiff's Complaint relate to an action for

statutory and actual damages arising from Defendant's violations the Fair Debt Collection Practices Act. The Defendant attempted to collect a debt from the Plaintiff which she had already paid. In doing so, the Defendant illegally threatened to imprison the Plaintiff. The Defendant also disclosed information relating to her alleged debt to her fiancé, an unauthorized third party. These violations caused severe emotional and mental distress.

6. The Defendant has not filed an Answer to the Plaintiff's Complaint.

**WHEREFORE**, the Plaintiff moves that judgment in the form attached hereto as Exhibit A, be entered in favor of the Plaintiff, finding that Defendant is liable to the Plaintiff in the amount of $250,000 Dollars, and such other relief as this Court deems necessary.

Date:  New York, New York
       March 31, 2010

                              SERPE & ASSOCIATES, P.C.
                              Attorneys for the Plaintiff


                              /s/
                              Sean C. Serpe (SS 6810)
                              450 Seventh Avenue
                              Suite 2601
                              New York, New York  10123
                              (212) 725-3600