# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**AMY HARRINGTON,**

                             **Plaintiff,**

    vs.                                              1:09-CV-823 (NAM/RFT)

**NATIONAL CREDIT WORKS, INC,**
**WILLIAM TURNER, JOHN DOE 1,**
**JOHN DOE 2, JANE DOE 1 AND**
**JANE DOE 2,**

                             **Defendants.**

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

All of the above pursuant to the Order of the Honorable Chief United States District Judge Norman A. Mordue, dated the 18TH day of August, 2011.

DATED: August 18, 2011

Clerk of Court

s/ Melissa Ennis

Melissa Ennis, Deputy Clerk